24456

Charles WAKEFIELD, Petitioner v.
STATE of South Carolina, Respondent.
(472 S.E. (2d) 634)

Supreme Court

*Daniel T. Stacey, Chief Attorney, South Carolina Office of Appellate Defense, Columbia, for appellant.*

*Attorney General Charles Molony Condon, Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Teresa Nesbitt Cosby, and Assistant Attorney General Matthew M. McGuire, Columbia, for respondent.*

Submitted June 19, 1996.

Decided July 1, 1996.

*Per Curiam:*

We granted a writ of certiorari to review the denial of Petitioner's application for postconviction relief. We dismiss the writ as improvidently granted.

/s/ <u>Ernest A. Finney, Jr.</u>, C.J.
/s/ <u>Jean H. Toal</u>, J.
/s/ <u>James E. Moore</u>, J.
/s/ <u>John H. Waller, Jr.</u>, J.
/s/ <u>E.C. Burnett, III</u>, J.